GEOFF HANSEN
Acting Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Manuel Baez Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-00154 WHA |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING FROM MAY 22, 2012 TO MAY 29, 2012 |
| v. | ) ) | |
| MANUEL BAEZ CASTRO, | ) ) | |
| Defendant. | ) ) ) | |

**STIPULATION**

The parties are scheduled to appear before this Court on May 22, 2012 at 2:00 p.m. The defense requests that the matter be continued by one week to give defense counsel additional time to research one issue that arose as a result of her last meeting with her client. The government has no objection to this request. The parties jointly stipulate and submit that the May 22, 2012 court appearance should be continued to May 29, 2012 or some other date thereafter convenient to the Court.

The parties also agree that the time between May 22, 2012 and May 29, 2012 (or some date

STIP. & ORDER
No. CR 12-00154 WHA                           - 1 -

1  thereafter convenient to the Court) should be excluded under the Speedy Trial Act; the continuance
2  is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and
3  the ends of justice served by granting such a continuance outweigh the best interests of the public
4  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
5  SO STIPULATED.

Dated: 5/21/12

MELINDA HAAG
United States Attorney

/s/
MARK KANG
Special Assistant United States Attorney

Dated: 5/21/12

/s/
SHAWN HALBERT
Attorney for Defendant

## ORDER

For the reasons stated above, the Court continues the status date in this matter from May 22, 2012 to May 29, 2012 [or to _____ ___, 2012]. IT IS FURTHER ORDERED that the time between May 22, 2012 and May 29, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: May 21, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE