MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. No. CR12-0154 WHA |
|     Plaintiff, | ) | |
|     v. | ) | **STIPULATION AND [PROPOSED]** |
| MANUEL BAEZ CASTRO, | ) | **ORDER EXCLUDING TIME UNDER 18** |
|     Defendant. | ) | **U.S.C. § 3161** |

    The parties have agreed to exclude the period of time between June 5, 2012 and July 16, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the exclusion would allow reasonable time necessary for the effective preparation of counsel and for the continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0154 WHA

| | |
|---|---|
| 1 | As referenced in the Court's Order, dated June 7, 2012, the Court will waive time from June 5, |
| 2 | 2012 to July 16, 2012, upon the receipt of a stipulation from the parties.  SO STIPULATED: |

                                MELINDA HAAG
                                United States Attorney

DATED: June 7, 2012                        /s/
                                J. MARK KANG
                                Special Assistant United States Attorney

DATED: June7, 2012                       /s/
                                SHAWN HALBERT
                                Attorney for MANUEL BAEZ CASTRO

**[~~PROPOSED~~] ORDER**

For the reasons stated above, and referenced in the June 7, 2012 order of this Court, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 5, 2012 through July 16, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deprive the defendant of the continuity of counsel. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: June 7, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE