```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  J. MARK KANG (NYBN 4033999)
    Special Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-7050
 7      Facsimile: (415) 436-7234
        Email: Mark.Kang@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0154 WHA |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| MANUEL BAEZ CASTRO, | ) | |
| a/k/a Manuel Castro Baez, | ) | SAN FRANCISCO VENUE |
| a/k/a Manuel Castro, | ) | |
| a/k/a Manny Castro, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED:

Respectfully submitted,
MELINDA HAAG
United States Attorney

/s/ J. Douglas Wilson for

MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-0154 WHA)

1
2                            ~~[PROPOSED]~~ **ORDER**
3    Leave is granted to the government to dismiss the indictment.  **IT IS SO ORDERED.**
4
5
6
7
                                    
8   Date:   July 24, 2012.
9                                    _____
                                     William Alsup
10                                   UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL, (CR 11-0235 CRB)   2